UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA HUDSON,<br>        Plaintiff,<br><br>v.<br><br><br>STATE FARM INSURANCE COMPANY,<br>NATIONWIDE INSURANCE COMPANY,<br>ENTERPRISE RENTAL CAR, WAKEMED<br>HOSPITALS (OF CARY) and ROCK QUARRY<br>ROAD FAMILY MEDICINE,<br>        Defendants. | **JUDGMENT**<br><br>No. 5:17-CV-516-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 9, 2018, more particularly described therein, that Defendant State Farm Insurance Company's motion to dismiss is denied and that this case is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina.

**This Judgment Filed and Entered on July 9, 2018, and Copies To:**
Wanda Hudson (via US mail) Post Office Box 473, Morrisville, NC 27560
Pamela R. Lawrence (via CM/ECF electronic delivery)
J. Scott Lewis (via CM/ECF electronic delivery)
Mason E. Freeman, Rachel E. Keen (via CM/ECF electronic delivery)
Samuel Batiste Hartzell (via CM/ECF electronic delivery)
Elizabeth Sims Hedrick (via CM/ECF electronic delivery)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court (via U.S. mail) P O Box 351, Raleigh, NC 27602

July 9, 2018                      PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk